# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INN WORLDWIDE, INC., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>KAVITABEN B. PATEL, and individual and BHARATBHAI A. PATEL, an individual,<br><br>Defendants. | Civ. No. 13-1287 (WJM)<br><br>**ORDER** |

A Report and Recommendation was filed on December 6, 2013 recommending that the undersigned deny Plaintiff's motion to remand. The parties were notified that they had fourteen (14) days to submit objections and responses to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objection or response having been received by this Court, and the Court having reviewed the Report and Recommendation *de novo*, and good cause appearing;

**IT IS** on this 23th day of December 2013, hereby,

**ORDERED** that the Report and Recommendation of Magistrate Judge Mark Falk is adopted as the Opinion of this Court; and it is further

**ORDERED** that Plaintiff's motion to strike Defendants' Answer and enter default is hereby **GRANTED**.

1

WILLIAM J. MARTINI, U.S.D.J.

cc: The Hon. Mark Falk, U.S.M.J.